**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Denika S. Jennings　　　　　　　　　　　　　CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 22-21082 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of The Bank of New York Mellon (successor to Bank of New York, successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series 2001-28 and index same on the master mailing list.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　/s/ Brian C. Nicholas
　　　　　　　　　Brian Nicholas
　　　　　　　　　13 Jun 2022, 16:13:40, EDT

　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　Denise Carlon, Esq. (317226)　☐
　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　412-430-3594
　　　　　　　　　bkgroup@kmllawgroup.com