IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **22-21082** |
| **DENIKA S. JENNINGS** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **DENIKA S. JENNINGS** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Russell A. Burdelski, Esquire__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

BANK OF NEW YORK MELLON
C/O KML LAW GROUP
701 MARKET STREET
STE 5000
Philadelphia, PA 19106

DEPARTMENT OF LABOR & INDUSTRY
OFFICE OF UC AFFAIRS
PO BOX 67503
Harrisburg, PA 17106

DUQUESNE LIGHT CO
2515 Preble Ave
Pittsburgh, PA 15233

PEOPLES NATURAL GAS
PO Box 535323
Pittsburgh, PA 15235

PWSA
1200 PENN AVENUE, STE 100
PENN LIBERTY PLAZA
Pittsburgh, PA 15222

SELECT PORTFOLIO SVCING

**PAWB Local Form 30 (07/13)**

PO BOX 65250

Salt Lake City, UT 84165

URA OF PITTSBURGH

200 ROSS STREET

Pittsburgh, PA 15219

WRIGHT HYUNDAI

10677 PERRY HWY

Wexford, PA 15090

| | |
|---|---|
| By: | **/s/ Russell A. Burdelski, Esquire** |
| | Signature |
| | **Russell A. Burdelski, Esquire** |
| | Typed Name |
| | **1020 PERRY HIGHWAY** |
| | **Pittsburgh, PA 15237** |
| | Address |
| | **(412) 366-1511 Fax:(412) 366-1711** |
| | Phone No. |
| | **72688 PA** |
| | List Bar I.D. and State of Admission |

**PAWB Local Form 30 (07/13)**