# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Denika Jennings                    )    Case No.  _22-21082-GLT
                                   )
    Debtor(s)              )
_____)    Chapter 13
Denika Jennings        `           )    Filed Under Local Bankruptcy
    Debtor/Movant           )    Rule 9013.4 para. 6(b)
                                   )
                                   )
                                   )

## DEBTOR'S AFFIDAVIT OF INCOME

I, Denika Jennings, swear under penalty of perjury, that during the past 6 months my sole sources of income that I received was 2 months of wages for April & May of 2022.  I, Denika Jennings, have not received any income from any other source in the past six months than that listed below.

| Payments from wages | Date |
|---|---|
| $1885.87 | 4/2022 |
| $1885.87 | 5/2022 |

6/16/22__DATE                                X /s/ Denika Jennings _____
                                                                                           Denika Jennings, Debtor