IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>DENIKA S. JENNINGS<br>   Debtor<br>PEOPLES NATURAL GAS COMPANY, LLC<br>   Movant,<br>vs.<br>DENIKA S. JENNINGS, and RONDA J. WINNECOUR, ESQUIRE, Trustee<br>   Respondents. | ) Bankruptcy Case No. 22-21082-GLT<br>)<br>) Related to Docket No. 37<br>) Chapter 13<br>)<br>) Hearing Date: 4/19/23<br>) Hearing Time: 10:00 AM<br>)<br>)<br>) | FILED<br>4/14/23 10:51 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## CONSENT ORDER OF COURT

AND NOW, to wit this 14th day of April 2023, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1. The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

2. A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has subsequently brought the account current.

3. The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

4. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

_____
Gregory   Taddonio    jah
Chief United States Banrkuptcy Judge

Consented to by:

/s/ Russell A. Burdelski
Russell A. Burdelski, Esquire
Attorney for Debtor
Pa. I.D. No. 72688
1020 Perry Highway
Pittsburgh, PA 15237
412-366-1511
Russ@BurdelskiLaw.com

/s/ Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 90342
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21082-GLT |
| DENIKA S. JENNINGS | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DENIKA S. JENNINGS, 1115 SHEFFIELD ST, PITTSBURGH, PA 15233-1515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 16, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon (successor to Bank of New York successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Russell A. Burdelski

on behalf of Debtor DENIKA S. JENNINGS Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 7