Case 22-21082-GLT    Doc 49    Filed 05/26/23    Entered 05/26/23 10:43:05    Desc Main
Document      Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| DENIKA S. JENNINGS, ) | |
| **Debtor(s)** ) | Bankruptcy No. 22-21082-GLT |
| ) | |
| SANTANDER CONSUMER USA INC., ) | Chapter 13 |
| **Movant** ) | |
| ) | Related To Document No. 47 and 48 |
| v. ) | |
| ) | |
| DENIKA S. JENNINGS, ) | **Response Deadline:  6/12/23** |
| **Respondent(s)** ) | |
| ) | **Hearing Date:  6/28/23 at 10:30 AM** |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on May 26, 2023, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Denika S. Jennings<br>1115 Sheffield St.<br>Pittsburgh, PA 15233<br>(Debtor) | Russell A. Burdelski, Esq.<br>The Law Offices of Russell A. Burdelski<br>1020 Perry Highway<br>Pittsburgh, PA 15237-2109<br>(Attorney For Debtor) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com