**Russ Burdelski, Esq**

| | |
|---|---|
| From: | Denika Jennings <denikajennings7671@gmail.com> |
| Sent: | Wednesday, May 31, 2023 8:45 PM |
| To: | Russ Burdelski, Esq |
| Subject: | FIRST PAYMENT FOR PAST DUE PAYMENTS I WILL BE MAKING ANOTHER PAYMENT FRIDAY |

## Upcoming Transactions

| Date | Payee | Type | Amount | TFS Fee | Total | |
|---|---|---|---|---|---|---|
| June 02, 2023 | Ronda J. Winnecour | Manual Debtor Payment | $5,000.00 | $7.99 | $5,007.99 | Cancel |