Case 22-21082-GLT    Doc 53    Filed 06/28/23    Entered 06/28/23 16:59:29    Desc Main
Document    Page 1 of 1

FILED
6/28/23 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-21082-GLT |
| | : | Chapter: | 13 |
| DENIKA S. JENNINGS | : | | |
| | : | | |
| | : | Date: | 6/28/2023 |
| *Debtor(s)*. | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #47 Motion for Relief from Stay RE: 2015 Kia Sorento filed by Santander Consumer USA
              #51 Response and Exhibit showing proof of lump sum payment by Debtor

**APPEARANCES**:
    Debtor:      Russell A. Burdelski
    Trustee:     Ronda J. Winnecour
    Santander:   William Craig

**NOTES:**   [10:38]

Craig: $5,000 payment received by the trustee. Has had discussion with Attorney Burdelski and ready to move forward. Going to increase plan payment.

Burdelski: Current plan payment is $1,772. Increasing to $1,854.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Relief from the Automatic Stay* [Dkt. No. 47] is resolved pursuant to terms of a written consent order to be submitted on or before July 6, 2023. [Text order].

**DATED:**   6/28/2023