IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/7/23 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: )
DENIKA S. JENNINGS, )
    **Debtor(s)** )  Bankruptcy No. 22-21082-GLT
     )
SANTANDER CONSUMER USA INC., ) Chapter 13
    **Movant** )
     ) Related To Document No. 47 and 56
v. )
     )
DENIKA S. JENNINGS, ) **Response Deadline: 6/12/23**
    **Respondent(s)** )
     ) **Hearing Date: 6/28/23 at 10:30 AM**
RONDA J. WINNECOUR, )
    **Trustee** )

## STIPULATION

NOW COMES Santander Consumer USA Inc. ("Santander"), by and through its counsel, Morton & Craig LLC, and Denika S. Jennings ("Debtor") by and through her counsel Russel A. Burdelski, Esquire, and stipulate and agree as follows:

## RECITALS

WHEREAS, the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code on June 4, 2022;

WHEREAS, the Debtor and Santander are parties to a Motor Vehicle Installment Sales Contract dated June 3, 2022 (the "Contract") whereby the Debtor financed the purchase of a 2015 Kia Sorento bearing vehicle identification number 5XYKTCA63FG654899 (the "Vehicle");

WHEREAS Santander filed a Motion For Stay Relief due to the Debtor's account with the Chapter 13 Trustee being delinquent in the amount of $5,316.00 through April 2023;

WHEREAS the Debtor filed a Response to the Motion on June 8, 2023;

WHEREAS, the Debtor and Santander have resolved said Motion and seek to enter into this Stipulation to resolve said issues.

NOW THEREFORE, the Debtor and Santander hereby stipulate and agree as follows:

1. That commencing July 2023, the Debtor's payment to the Chapter 13 Trustee shall be $1,856.00 per month.

Consented To:

/s/ William E. Craig
William E. Craig, Esquire
PA ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com
Attorney For Movant Santander Consumer USA Inc.

/s/ Russell A. Burdelski
Russell A. Burdelski, Esquire
PA ID# 72688_____
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
(412) 366-1511
atyrusb@choiceonemail.com
Attorney for Debtor

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
rwinnecour@chapter13trusteewdpa.com
Chapter 13 Trustee

AND NOW, this __7th__ day of __July__, 2023, upon consideration of the Stipulation entered into by counsel for Santander Consumer USA Inc. and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the terms of the foregoing Stipulation are hereby approved in their entirety.

Dated: 7/7/23

BY THE COURT:

_____
The Honorable Gregory L. Taddonio
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21082-GLT |
| DENIKA S. JENNINGS | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DENIKA S. JENNINGS, 1115 SHEFFIELD ST, PITTSBURGH, PA 15233-1515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon (successor to Bank of New York successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon (successor to Bank of New York successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor DENIKA S. JENNINGS Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9