**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENIKA S. JENNINGS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>         Movant<br>     vs.<br>No Repondents. | Case No.:22-21082 GLT<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 06/04/2022 and confirmed on 08/23/2022. The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,259.10 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,259.10 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,156.75 | |
|    Trustee Fee | 797.29 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,954.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 7,494.88 | 0.00 | 7,494.88 |
|     Acct: 3962 | | | | |
|   URA OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 31,145.85 | 564.99 | 0.00 | 564.99 |
|     Acct: 3962 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 2,986.27 | 9.50 | 174.22 | 183.72 |
|     Acct: R203 | | | | |
|   SANTANDER CONSUMER USA | 4,022.18 | 4,022.18 | 1,034.29 | 5,056.47 |
|     Acct: 2804 | | | | |
| | | | | 13,300.06 |
| **Priority** | | | | |
|   RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENIKA S. JENNINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENIKA S. JENNINGS | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-21082 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|    LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    RUSSELL A BURDELSKI ESQ* | 4,000.00 | 3,156.75 | 0.00 | 0.00 |
|     Acct: | | | | |
|    RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXXXXXXX1082 | | | | |
| | | | | 5.00 |
| Unsecured | | | | |
|    PA DEPARTMENT OF LABOR & INDUSTRY | 183.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 6334 | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 1,376.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 7814 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 1,415.15 | 0.00 | 0.00 | 0.00 |
|     Acct: 5781 | | | | |
|    US DEPARTMENT OF EDUCATION | 22,494.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 6334 | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*NONE\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 13,305.06 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 5.00 |
| SECURED | 38,154.30 |
| UNSECURED | 25.469.33 |

Date: 05/08/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com